This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**GERALD WYNN JANECKA,**

Petitioner-Appellee,

v.                                                                   **NO. 33,822**

**ELIZABETH LOUISE JANECKA,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**John F. Davis, District Judge**

Law Office of Clifton L. Davidson, LLC
Clifton L. Davidson
Albuquerque, NM

for Appellee

L. Helen Bennett
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Respondent appeals from the district court's order denying her Rule 1-060 NMRA motion for relief from judgment. On March 2, 2015, this Court issued a calendar notice proposing to affirm. Petitioner filed a memorandum in support of this Court's notice of proposed disposition. Respondent has not filed a memorandum in opposition to this Court's notice, and the time for doing so has now passed. "Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice." *Frick v. Veazey*, 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287. This Court therefore affirms the district court's order for the reasons provided in this Court's notice of proposed disposition.

{2}     **IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**


**WE CONCUR:**


_____
**JONATHAN B. SUTIN, Judge**


_____
**TIMOTHY L. GARCIA, Judge**